In the Matter of the Arbitration between CLYDE FASHIONS, LTD., Appellant, and EINIGER MILLS, INC., Respondent.— Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

IRVING KREMSDORF, Appellant, v. ROBERT D. YANOWITZ, as Executor of NATHAN YANOWITZ, Deceased, Respondent.— No opinion. Motion to dismiss appeal dismissed, having become academic by virtue of the decision of this court decided herein. Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

JOSEPH TOTORITUS v. PETER STEFAN.— Motion to dispense with printing denied without prejudice to an application to have the appeal heard on printed appellant's points and on an abbreviated record omitting all medical testimony. Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES COOK.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

ELLA ZISSU v. THEODORE B. ZISSU.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

FREDA DAVIS et al. v. THELMA GOLDSMITH, Doing Business as COZY CORNER LUNCHEON, et al.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION v. SANTIAGO VELEZ et al.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

BARBARA A. AMODIO, an Infant, by MICHAEL J. AMODIO, Her Guardian ad Litem, et al., v. NEW YORK CITY HOUSING AUTHORITY.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

I. BRUCE GORDON v. VINCENT CAVUOTO et al.— Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

GEORGE S. MIKROULIS v. PACIFIC PIONEER TRADING CORPORATION, Also Known as PACIFIC PIONEER CORPORATION, et al. PANOGOPULOS & ASSOCIATES, INC. v. PACIFIC PIONEER TRADING CORPORATION, Also Known as PACIFIC PIONEER CORPORATION, et al.—